STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
FERNANDO PEREZ RIOS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> v. <br><br> FERNANDO PEREZ RIOS, <br><br> DEFENDANT. | CR 4-14-70638 MAG <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE <br><br> HONORABLE DONNA M. RYU |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Fernando Perez Rios may be modified to allow Mr. Perez Rios to travel outside the Northern District of California for the purposes of travelling to Kansas City, Missouri for court appearances and visitation with his daughter. This modification is requested because Mr. Perez Rios cannot afford airfare back to his home after his court appearance in Kansas City, Missouri on May 23, 2014. His mother, who is driving to Missouri for his court appearance, will drive him back to Hayward with her (flying to Missouri will minimize the time Mr. Perez Rios must take off work). Additionally, Mr. Perez Rios has a daughter who lives

CR 4-14-70638 MAG
Stipulation & [Proposed] Order
Modifying Conditions of Pretrial Release           1

outside the Northern District. Visitation with her requires him to travel to the Eastern District of California to pick her up. His next scheduled visit is Friday, May 16, 2014. Pretrial Services Officer Nelson Barao is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

Dated: May 14, 2014         /s/
                            ELLEN V. LEONIDA
                            Assistant Public Defender
                            Attorney for Fernando Perez Rios

Dated: May 14, 2014         /s/
                            AARON WEGNER
                            Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Fernando Perez Rios may be modified to permit him to travel to the Eastern District of California for purposes of visiting his daughter/ with pre-approval of his Pretrial Services officer. In addition, the defendant shall be permitted to travel outside the Northern District of California for the purpose of making court appearances in case number 13-cr-00055-HFS from the Western District of Missouri  However, such out-of-district travel shall be limited to 72 hours prior to a court appearance and an additional 72 hours following a court appearance/ and defendant shall provide detailed itinerary and contact information to Pretrial prior to any trip to the Western District of Missouri. All other conditions of release shall remain the same.

IT IS SO ORDERED.

5/19/14                                    _____
Date                                       DONNA M. RYU
                                           United States Magistrate Judge

CR 4-14-70638 MAG
Stipulation & [Proposed] Order
Modifying Conditions of Pretrial Release          2